IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
10/7/24

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | 3:24-CR-81 |
| v. | : | |
| STEVEN J. WERLING, | : | **INFORMATION** |
| | | 26 U.S.C. §§ 5841, 5861(d) and 5871 |
| Defendant. | : | |
| | : | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about April 4, 2024, in the Southern District of Ohio, defendant, **STEVEN J. WERLING,** knowingly possessed a firearm, specifically a destructive device, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code Sections 5841, 5861(d), and 5871.

KENNETH L. PARKER
United States Attorney

NICHOLAS DINGELDEIN
Assistant United States Attorney