UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                     Case No. 3:24-cr-81

vs.

STEVEN J. WERLING,                       District Judge Michael J. Newman

    Defendant.

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL (Doc. No. 33); AND (2) DIRECTING THE CLERK OF COURT TO UNSEAL THE INFORMATION (Doc. No. 32) AND ALL SUBSEQUENT AND FORTHCOMING FILINGS IN THE ABOVE-CAPTIONED CASE**

The Court **GRANTS** the Government's motion to unseal the Information (Doc. No. 33) and **DIRECTS** the Clerk of Court to unseal the Information (Doc. No. 32) and all subsequent and forthcoming filings in in this case.  This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

    **IT IS SO ORDERED.**

  October 21, 2024                                         s/*Michael J. Newman*
                                                                  Hon. Michael J. Newman
                                                                   United States District Judge