U.S. Magistrate Judge Peter B. Silvain, Jr. (Courtroom Minutes)

| | |
|---|---|
| ARRAIGNMENT/PLEA ON INFORMATION | DATE: 11/20/24 |
| USA v. STEVEN J. WERLING | CASE NUMBER: 3:24-CR-81-MJN |
| Pltf's Attorney:<br>Nicholas Dingeldein | Deft's. Attorney:<br>Bradley Anderson |

[ ✓ ]  Defendant appeared with counsel, <u>Bradley Anderson</u>, sworn and arraigned.

[ ✓ ]  Parties consent to Magistrate Judge jurisdiction.

[ ✓ ]  Defendant waived his right to proceed before a Grand Jury.

[ ✓ ]  Government summarized the Information at the request of the Court.

[ ✓ ]  Advisory sentencing guidelines and maximum penalties discussed and understood. 11(c)(1)(C)

[ ✓ ]  Constitutional rights explained, understood, and waived.

[ ✓ ]  Plea agreement reading is waived by Defendant; the Government summarized the charges, penalties, and Plea Agreement; Prior to convening, the Plea Agreement was initialed and signed by Defendant and Counsel.

[ ✓ ]  Statement of Facts read into record by Nicholas Dingeldein.

[ ✓ ]  Defendant acknowledged accuracy of Statement of Facts.

[ ✓ ]  Defendant entered a plea of **GUILTY to Count <u>1</u>**.

[ ✓ ]  Court will recommend that the Plea be accepted and made a permanent part of the record.

[ ✓ ]  Defendant is referred to Probation Department for a Pre-sentence Investigation.

[ ✓ ]  Sentencing before Judge Newman set for 2/25/25 at 10:00 AM.

[ ✓ ]  Bond continued.

[ ✓ ]  Other: The Court referenced Waiver of Appeal provision of the Plea Agreement.

| | |
|---|---|
| COURT REPORTER: Caryl Blevins | CONVENED: 2:39 |
| DEPUTY CLERK: Rose Plummer | RECESSED: 3:15 |